IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IVAN RAMIREZ,

    *Plaintiff*,

v.                                         Case No.: 4:22cv323-MW/MJF

CENTURION MEDICAL SERVICES
OF FLORIDA, et al.,

    *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 25. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 25, is **accepted and adopted** as this Court's opinion. Plaintiff's Eighth Amendment claim against Defendant Centurion Medical Services of Florida is **DISMISSED with prejudice** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1). This case is referred to the

Magistrate Judge to address Plaintiff's remaining Eighth-Amendment individual-capacity claims against Defendants Fonbah and Denmark.

**SO ORDERED on May 11, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
